**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:17-cv-52 VMC AEP | **DATE:** | 6/1/17 |
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **TOMPKINS-HOLMES**<br>**Plaintiff,**<br>**v.**<br><br>**GUALTIERI, et al.**<br>**Defendant** | | **PLAINTIFF'S COUNSEL**<br>Matthew Emerson, Esq<br><br>**DEFENSE COUNSEL**<br>Debra J. Gell and Nicholas Fiorentino, Esqs (for deft Virden)<br>Paul Roselle, Esq. (For deft Pinellas Cty Sheriff) | |
| **COURT REPORTER:** digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 10:05 to 10:37 **TOTAL:** 32 min | | **COURTROOM:** | 10A |

**PROCEEDINGS:** TELEPHONE - Status conference.

Parties (plaintiff and defendant Virden) have worked and signed a confidentiality agreement.

Direct that the parties discuss regarding the confidentiality agreement within the next 14 days.
Then within the 14 days following the parties are to contact chambers to advise of any outstanding issues.